**RECEIVED**

**AUG 17 2022**

**CLERK OF DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:22-cr-108 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| CHRISTOPHER DONTEL WESTERFIELD, | ) | T. 18 U.S.C. § 922(a)(6) |
| | ) | T. 18 U.S.C. § 922(g)(3) |
| Defendant. | ) | T. 18 U.S.C. § 924(a)(1)(A) |
| | ) | T. 18 U.S.C. § 924(a)(2) |
| | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 28 U.S.C. § 2461(c) |
| | ) | |

**THE GRAND JURY CHARGES:**
## COUNT 1
### (False Statement During Purchase of a Firearm)

On or about November 13, 2021, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, in connection with the acquisition of a firearm, namely: a Glock, model 19X, 9x19-millimeter pistol, with serial number BURT597, from Dunham's Sports 9254, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

1

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(False Statement During Purchase of a Firearm)**

On or about November 13, 2021, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, knowingly made a false statement and representation to Dunham's Sports 9254, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Dunham's Sports 9254. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
**(Unlawful User in Possession of a Firearm)**

On or about November 13, 2021, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, in and affecting commerce, knowingly possessed a firearm, namely: a Glock, model 19X, 9x19-millimeter pistol, with serial number BURT597. At the time of the offense, the defendant knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>
**(False Statement During Purchase of a Firearm)**

On or about March 10, 2022, at approximately 3:19 p.m., in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, in connection with the acquisition of a firearm, namely: a Glock, model 17  Gen5, 9x19-millimeter pistol, with serial number BVEA120, from Dunham's Sports 9254, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
**(False Statement During Purchase of a Firearm)**

On or about March 10, 2022, at approximately 3:19 p.m., in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, knowingly made a false statement and representation to Dunham's Sports 9254, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Dunham's Sports 9254. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
**(False Statement During Purchase of a Firearm)**

On or about March 10, 2022, at approximately 5:17 p.m., in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, in connection with the acquisition of a firearm, namely: a Glock, model 45, 9x19-millimeter pistol, with serial number BUKE108, from Dunham's Sports 9254, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

6

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7
### (False Statement During Purchase of a Firearm)

On or about March 10, 2022, at approximately 5:17 p.m., in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, knowingly made a false statement and representation to Dunham's Sports 9254, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Dunham's Sports 9254.   Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8
**(Unlawful User in Possession of a Firearm)**

On or about March 10, 2022, in the Southern District of Iowa, the defendant,

CHRISTOPHER DONTEL WESTERFIELD, in and affecting commerce, knowingly

possessed a firearm, namely, one or more of the following:

1. a Glock, model 17 Gen5, 9x19-millimeter pistol, with serial number BVEA120; and

2. a Glock, model 45, 9x19-millimeter pistol, with serial number BUKE108.

At the time of the offense, the defendant knew he was an unlawful user of or addicted

to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and

924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 9**</u>
**(False Statement During Purchase of a Firearm)**

On or about May 22, 2022, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, in connection with the acquisition of a firearm, namely: a Taurus, model G2C, nine-millimeter pistol, with serial number 1C132647, from Dunham's Sports 9254, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 10
### (False Statement During Purchase of a Firearm)

On or about May 22, 2022, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, knowingly made a false statement and representation to Dunham's Sports 9254, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Dunham's Sports 9254. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a., that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 11
**(Unlawful User in Possession of a Firearm)**

On or about May 22, 2022, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, in and affecting commerce, knowingly possessed a firearm, namely: a Taurus, model G2C, nine-millimeter pistol, with serial number 1C132647. At the time of the offense, the defendant knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 12
### (False Statement During Purchase of a Firearm)

On or about June 5, 2022, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, in connection with the acquisition of a firearm, namely: a Taurus, model G3C, 9x19-millimeter pistol, with serial number ADA790300, from Dunham's Sports 9254, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 13
### (False Statement During Purchase of a Firearm)

On or about June 5, 2022, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, knowingly made a false statement and representation to Dunham's Sports 9254, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Dunham's Sports 9254. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 14
### (Unlawful User in Possession of a Firearm)

On or about June 5, 2022, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, in and affecting commerce, knowingly possessed a firearm, namely: a Taurus, model G3C, 9x19-millimeter pistol, with serial number ADA790300. At the time of the offense, the defendant knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 15**</u>
**(False Statement During Purchase of a Firearm)**

On or about June 12, 2022, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, in connection with the acquisition of a firearm, namely: a Taurus, model G2C, nine-millimeter pistol, with serial number ADD217005, from Foxhole LLC, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 16
### (False Statement During Purchase of a Firearm)

On or about June 12, 2022, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, knowingly made a false statement and representation to Foxhole LLC, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Foxhole LLC. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 17
### (Unlawful User in Possession of a Firearm)

On or about June 12, 2022, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, in and affecting commerce, knowingly possessed a firearm, namely: a Taurus, model G2C, nine-millimeter pistol, with serial number ADD217005. At the time of the offense, the defendant knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

15

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 18</u>
**(False Statement During Purchase of a Firearm)**

On or about June 14, 2022, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, in connection with the acquisition of a firearm, namely: a Taurus, model G3C, nine-millimeter pistol, with serial number ACJ281607, from Foxhole LLC, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 19**
**(False Statement During Purchase of a Firearm)**

On or about June 14, 2022, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, knowingly made a false statement and representation to Foxhole LLC, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Foxhole LLC. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 20**
**(Unlawful User in Possession of a Firearm)**

On or about June 14, 2022, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, in and affecting commerce, knowingly possessed a firearm, namely: a Taurus, model G3C, nine-millimeter pistol, with serial number ACJ281607. At the time of the offense, the defendant knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

17

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 21</u>
**(False Statement During Purchase of a Firearm)**

On or about June 17, 2022, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, in connection with the acquisition of a firearm, namely: a Glock, model 19X, nine-millimeter pistol, with serial number AFEC550, from Foxhole LLC, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 22**
**(False Statement During Purchase of a Firearm)**

On or about June 17, 2022, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, knowingly made a false statement and representation to Foxhole LLC, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Foxhole LLC. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 23**
**(Unlawful User in Possession of a Firearm)**

On or about June 17, 2022, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, in and affecting commerce, knowingly possessed a firearm, namely: a Glock, model 19X, nine-millimeter pistol, with serial number AFEC550. At the time of the offense, the defendant knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

19

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 24</u>
**(False Statement During Purchase of a Firearm)**

On or about June 19, 2022, in the Southern District of Iowa, the defendant, CHRISTOPHER DONTEL WESTERFIELD, in connection with the acquisition of a firearm, namely: a Glock, model 19X, nine-millimeter pistol, with serial number BSPL690, from Foxhole LLC, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 25</u>
**(False Statement During Purchase of a Firearm)**

On or about June 19, 2022, in the Southern District of Iowa, the defendant,

CHRISTOPHER DONTEL WESTERFIELD, knowingly made a false statement and

representation to Foxhole LLC, a person licensed under the provisions of Chapter 44

of Title 18, United States Code, with respect to information required by the provisions

of Chapter 44 of Title 18, United States Code, to be kept in the records of Foxhole

LLC. Specifically, the defendant falsely represented on Department of Justice,

Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to

Question 21.a, that he was the actual transferee/buyer of the firearm listed on the

form; and (2) in response to Question 21.e., that he was not an unlawful user of, or

addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 26</u>
**(Unlawful User in Possession of a Firearm)**

On or about June 19, 2022, in the Southern District of Iowa, the defendant,

CHRISTOPHER DONTEL WESTERFIELD, in and affecting commerce, knowingly

possessed a firearm, namely: a Glock, model 19X, nine-millimeter pistol, with serial

number BSPL690. At the time of the offense, the defendant knew he was an unlawful

user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and

924(a)(2).

21

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offense(s) alleged in Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, and/or 26 of this Indictment, the defendant, CHRISTOPHER DONTEL WESTERFIELD, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms and ammunition identified in Counts 1 through 26 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Kristin M. Herrera
Assistant United States Attorney