IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 4:22-cr-108 |
| v. ) | |
| ) | GOVERNMENT'S RESPONSE |
| CHRISTOPHER DONTEL WESTERFIELD, ) | TO PRETRIAL STATUS |
| ) | REPORT |
| Defendant. ) | |

COMES NOW, the undersigned Assistant United States Attorney, and responds to the status report filed by the United States Probation Office (Dkt. No. 29) as follows:

1. On August 17, 2022, the grand jury returned a 26-count indictment charging Defendant with False Statement During Purchase of a Firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2) (Counts 1, 4, 6, 9, 12, 15, 18, 21, 24); False Statement During Purchase of a Firearm, in violation of Title 18, United States Code, Section 924(a)(1)(A) (Counts 2, 5, 7, 10, 13, 16, 19, 22, 25); and Unlawful Drug User in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2) (Counts 3, 8, 11, 14, 17, 20, 23, 26). (Dkt. No. 2.) The Indictment also contained a notice of forfeiture. *Id.*

2. On August 26, 2022, the Court entered an Order setting conditions of release, with Defendant's acknowledgement of those conditions being signed by Defendant on that same date. (Dkt. No. 18, 19.) One of those conditions was that Defendant reside at a residential re-entry facility, but remain in custody until a bed became available. (Dkt. No. 18, ¶ 5(s).) It is the government's understanding that

bed became available on September 29, 2022, and Defendant was released from custody to the residential re-entry center on that date. *See* Dkt. No. 24.

3. On December 1, 2022, the United States Probation Office filed a Status Report, wherein the Probation Office proposed three separate release plans. (Dkt. No. 29.) One of those release plans was to reside with Defendant's sister—Christina Westerfield—and her ex-boyfriend–James Orndoff—at an apartment in Ottumwa, Iowa. *Id.* Ms. Westerfield indicated she would be willing to have Defendant reside at her apartment and also would be willing to serve as a third-party custodian. *Id.*

4. The Status Report notes Ms. Westerfield and Mr. Orndoff have no criminal history and that they denied the presence of firearms in the apartment. *Id.*

5. Based on the Probation Officer's representations that Ms. Westerfield and Mr. Orndoff have no criminal history, and that there are no firearms located at the residence, the government has no objection to Defendant residing at that location. Further, the government would request that Ms. Westerfield act as a third-party custodian for Defendant, pursuant to her statements.

6. It is the government's understanding that Defendant is still unemployed, despite being released since approximately September 29, 2022. The government requests that the Probation Office continue working with Defendant to secure employment. Now that he will be in a less structured environment, the government believes it is even more important that Defendant occupy his time with pro-social activities (such as employment) to avoid the risk of returning to substance use and other criminal behavior.

Respectfully Submitted,

Richard D. Westphal
United States Attorney

CERTIFICATE OF SERVICE
I hereby certify that on December 7, 2022, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:
\_\_\_\_U.S. Mail \_\_\_\_\_ Fax \_\_\_\_\_Hand Delivery
\_\_X\_\_ECF/Electronic filing   \_\_\_Other means
ASSISTANT UNITED STATES ATTORNEY
By: */s/ Kristin M. Herrera*

By: */s/ Kristin M. Herrera*
Kristin M. Herrera
Assistant United States Attorney
U.S. Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, IA 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: kristin.herrera@usdoj.gov